IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Davis, Krysten N.<br>　　　　　　　Debtor(s)<br><br>PNC Bank, National Association<br>　　　　　　　Movant<br>VS.<br><br>Davis, Krysten N.<br><br><br>　　　　　　　Respondents | NO. 23-20912 CMB<br><br>7<br><br>Related to Docs: 16  & 22<br><br>Hearing Date: August 1, 2023 |

## ORDER

Upon consideration of the Motion filed by PNC Bank, National Association  it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for August 1, 2023 at 10:00 a.m. is hereby continued to September 12, 2023 at 1:30 p.m.

　　　　　　　　　　　　　　　　　　　_Carlota M. Böhm_ dmk
　　　　　　　　　　　　　　　　　　　Carlota M. Böhm
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court Judge

　　　　　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　　　　　7/28/23 9:01 am
　　　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　　　COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Krysten N. Davis  
    Debtor

Case No. 23-20912-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jul 28, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Krysten N. Davis, 302 Noel Drive, Monroeville, PA 15146-1524 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Debtor Krysten N. Davis bleasdb@yahoo.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Rosemary C. Crawford
                              crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 7