**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Krysten N. Davis<br>First Name　Middle Name　Last Name | Social Security number or ITIN　xxx–xx–1341<br>EIN　__-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name　Middle Name　Last Name | Social Security number or ITIN　____<br>EIN　__-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–20912–CMB | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Krysten N. Davis

8/31/23　　　　　　　　　　　　　　　　　　　**By the court:** Carlota M Bohm
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-20912-CMB

Krysten N. Davis     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 4

Date Rcvd: Aug 31, 2023     Form ID: 318     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Krysten N. Davis, 302 Noel Drive, Monroeville, PA 15146-1524 |
| 15595765 | | Duquesne Light Company, P.O. Box 371324, Pittsburgh, PA 15250-7324 |
| 15595771 | | Monroeville Municipal Authority, 219 Speelman Lane, Monroeville, PA 15146-3903 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Sep 01 2023 03:23:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Sep 01 2023 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2023 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 01 2023 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2023 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Aug 31 2023 23:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 31 2023 23:38:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15595741 | + | Email/Text: backoffice@affirm.com | Aug 31 2023 23:39:00 | Affirm Inc., 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15595742 | + | Email/Text: backoffice@affirm.com | Aug 31 2023 23:39:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 15595746 | + | EDI: CITICORP.COM | Sep 01 2023 03:23:00 | Amex, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 15595744 | + | Email/PDF: bncnotices@becket-lee.com | Aug 31 2023 23:44:41 | Amex, Attn: Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 15595745 | + | Email/PDF: bncnotices@becket-lee.com | Aug 31 2023 23:45:28 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15595749 | + | EDI: CITICORP.COM | | |

| District/off: 0315-2 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: 318 | | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| | | Sep 01 2023 03:23:00 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15595747 | + EDI: CAPITALONE.COM | Sep 01 2023 03:23:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15595748 | + EDI: CAPITALONE.COM | Sep 01 2023 03:23:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15595751 | ^ MEBN | Aug 31 2023 23:27:02 | Chrysler Capital, P.O. Box 961211, Fort Worth, TX 76161-0211 |
| 15595752 | + EDI: CITICORP.COM | Sep 01 2023 03:23:00 | Citi Card/Best Buy, Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 15595753 | + EDI: CITICORP.COM | Sep 01 2023 03:23:00 | Citibank, Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 15595754 | + EDI: CITICORP.COM | Sep 01 2023 03:23:00 | Citicards CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15595756 | + EDI: WFNNB.COM | Sep 01 2023 03:23:00 | Comenity Bank/Jared, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15595755 | + EDI: WFNNB.COM | Sep 01 2023 03:23:00 | Comenity Bank/Jared, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15595757 | + EDI: WFNNB.COM | Sep 01 2023 03:23:00 | Comenity Bank/Ulta, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 15595758 | + EDI: WFNNB.COM | Sep 01 2023 03:23:00 | Comenity Bank/Victoria, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15595759 | + EDI: WFNNB.COM | Sep 01 2023 03:23:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15595761 | + EDI: WFNNB.COM | Sep 01 2023 03:23:00 | Comenity CB/Ulta, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15595760 | + EDI: WFNNB.COM | Sep 01 2023 03:23:00 | Comenity Capital/Burlington, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15595762 | + EDI: WFNNB.COM | Sep 01 2023 03:23:00 | Comenity/Burlington, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15595763 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2023 23:33:22 | Credit One Bank, Attn: Bankruptcy Dept., P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15595764 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2023 23:44:38 | Credit One Bank, N.A., P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15595766 | Email/Text: kburkley@bernsteinlaw.com | Aug 31 2023 23:39:00 | Duquesne Light Company, 411 7th Avenue, Suite 3, Pittsburgh, PA 15219-1942 |
| 15595767 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 31 2023 23:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70321, Philadelphia, PA 19176-0321 |
| 15595750 | EDI: JPMORGANCHASE | Sep 01 2023 03:23:00 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 15595768 | EDI: JPMORGANCHASE | Sep 01 2023 03:23:00 | JP Morgan Chase Bank Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15595769 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 31 2023 23:38:00 | Kohls/Capital One, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15595770 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 31 2023 23:38:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15595772 | + EDI: AGFINANCE.COM | Sep 01 2023 03:23:00 | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15595773 | + EDI: AGFINANCE.COM | Sep 01 2023 03:23:00 | OneMain Financial, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15595775 | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: 318 | Total Noticed: 53 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 31 2023 23:38:00 | PNC Mortgage, Attn: Bankruptcy, P.O. Box 8819, Dayton, OH 45401 |
| 15595774 | ^ | MEBN | | |
| | | | Aug 31 2023 23:26:59 | Peoples Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15595776 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Aug 31 2023 23:38:00 | Santander Consumer USA, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15595777 | + | EDI: RMSC.COM | | |
| | | | Sep 01 2023 03:23:00 | Syncb/Lowes, P.O. Box 71727, Philadelphia, PA 19176-1727 |
| 15595778 | + | EDI: RMSC.COM | | |
| | | | Sep 01 2023 03:23:00 | Syncb/PayPal Credit, P.O. Box 71727, Philadelphia, PA 19176-1727 |
| 15595779 | + | EDI: RMSC.COM | | |
| | | | Sep 01 2023 03:23:00 | Syncb/Sams Club, P.O. Box 71727, Philadelphia, PA 19176-1727 |
| 15595780 | + | EDI: RMSC.COM | | |
| | | | Sep 01 2023 03:23:00 | Syncb/TJS Cos DC, P.O. Box 71737, Philadelphia, PA 19176-1737 |
| 15595781 | + | EDI: RMSC.COM | | |
| | | | Sep 01 2023 03:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15595782 | + | EDI: RMSC.COM | | |
| | | | Sep 01 2023 03:23:00 | Synchrony Bank/Sams, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15595783 | + | EDI: RMSC.COM | | |
| | | | Sep 01 2023 03:23:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15595784 | + | EDI: RMSC.COM | | |
| | | | Sep 01 2023 03:23:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15595786 | + | EDI: WTRRNBANK.COM | | |
| | | | Sep 01 2023 03:23:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15595785 | + | EDI: WTRRNBANK.COM | | |
| | | | Sep 01 2023 03:23:00 | Target NB, c/o Financial & Retail Services, Mailstop BT, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 15595787 | | Email/Text: bknotice@upgrade.com | | |
| | | | Aug 31 2023 23:38:00 | Upgrade Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 15595788 | | Email/Text: bknotice@upgrade.com | | |
| | | | Aug 31 2023 23:38:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Mortgage, A Division Of Pnc Bank, National Ass |
| 15595743 | *+ | Affirm, Inc., 650 California Street, Floor 12, San Francisco, CA 94108-2716 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 31, 2023 | Form ID: 318 | Total Noticed: 53

Date: Sep 02, 2023　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Debtor Krysten N. Davis bleasdb@yahoo.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 7