**PROCEEDING MEMO**

**Date: 09/12/2023 01:30 pm**

**In re:   Krysten N. Davis**

        Bankruptcy No. 23-20912-CMB
        Chapter: 7
        Doc. # 16

**Appearances:**  Brian Bleasdale, Esq.
                Denise Carlon, Esq.

**Nature of Proceeding:** #16 Continued Motion for Relief from the Automatic Stay by PNC Bank, National Association

**Additional Pleadings:** #19 Debtor's Response

**Outcome:** Hearing held. Motion withdrawn.

        **Carlota Böhm**
        **U.S. Bankruptcy Judge**

        FILED
        9/12/23 3:18 pm
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA